## UNITED STATES *versus* LOUIS DEVOTION

JOURNAL ENTRIES (1819–22): *Journal 2:* (1) Indictment presented *p. 648.
*Journal 3:* (2) Nolle prosequi *p. 324.
PAPERS IN FILE: [None]

## UNITED STATES *versus* LOUIS DEVOTION

JOURNAL ENTRIES (1819–22): *Journal 2:* (1) Indictment presented *p. 648.
*Journal 3:* (2) Nolle prosequi *p. 324.
PAPERS IN FILE: [None]

## IN THE MATTER OF JAMES SHEPHERD, A BLACK MAN

. . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1819): *Journal 2:* (1) Prisoner discharged *p. 651.
PAPERS IN FILE: [None]

## IN THE MATTER OF ARNOLD PHILLIPS

JOURNAL ENTRIES (1819): *Journal 2:* (1) Rule for writ *p. 652; (2) petitioner discharged *p. 658.
PAPERS IN FILE: [None]
*Office Docket,* MS p. 100, c. 2.